UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES JOVAN HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WASHOE COUNTY SHERIFFS OFFICE, et al,<br><br>　　　　Defendants. | Case No.: 3:24-cv-00541-MMD-CSD<br><br>**ORDER** |

### I.　DISCUSSION

Plaintiff, who was formerly detained at Washoe County Detention Center, previously filed an application to proceed *in forma pauperis* for inmates. (ECF No. 5). However, Plaintiff has filed an updated address indicating that he is no longer incarcerated. (ECF No. 6). Therefore, the Court denies Plaintiff's application to proceed *in forma pauperis* for inmates as moot and directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner or pay the full filing fee of $405 on or before **September 8, 2025**.

Plaintiff has also filed a motion to subpoena evidence from the Washoe County Sheriff's Office. (ECF No. 4). This case is currently at the screening stage and the Defendants have not yet been served. After Plaintiff files an application to proceed *in forma pauperis* by a non-prisoner, the Court will screen Plaintiff's civil rights complaint to determine whether Plaintiff states any colorable claims. This case will only proceed to service, and then to discovery, if the Court determines that Plaintiff states at least one colorable claim in his complaint. Accordingly, Plaintiff's motion requesting that the Washoe County Sherriff's Office turn over evidence is premature, and the Court denies the motion without prejudice.

### II.　CONCLUSION

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* by an inmate (ECF No. 5) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that, no later than **September 8, 2025**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* for non-prisoners or pay the required filing fee.

**IT IS FURHTER ORDERED** that Plaintiff's motion to subpoena evidence from the Washoe County Sheriff's Office (ECF No. 4) is DENIED

DATED THIS 7th day of August 2025.

_____
UNITED STATES MAGISTRATE JUDGE